JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEENA BUCHANAN,<br><br>    Petitioner,<br><br>    v.<br><br>T. HORNBEAK, ET AL,<br><br>    Respondents. | No. CV 08-3041 AHM (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 16, 2011

*(signed)*

A. HOWARD MATZ
United States District Judge

**JS-6**