JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEENA BUCHANAN, | No. CV 08-3041 AHM (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| T. HORNBEAK, ET AL, | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 16, 2011

*[signature]*

A. HOWARD MATZ
United States District Judge

**JS-6**